FRANK BOGUHN, Respondent, *v.* LYTH TILE COMPANY, Appellant.

*Boguhn* v. *Lyth Tile Company*, 138 App. Div. 918, affirmed.
(Argued January 16, 1912; decided February 2, 1912.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 27, 1910, which sustained plaintiff's exceptions, ordered to be heard in the first instance by the Appellate Division, and granted a new trial in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant, his employer.

*Walter W. Chamberlain* and *Eugene M. Bartlett* for appellant.

*Harry E. Montgomery* and *George A. Lewis* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, HISCOCK and COLLIN, JJ.